UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO.

NV PHARAOH,

          Plaintiff,

v.

TG UTILITIES, INC.

          Defendant,

## **NOTICE OF REMOVAL**

Defendant, T.G. Utility Company, Inc., incorrectly named as TG Utilities, Inc. in Plaintiff's Complaint (hereinafter "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 & 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, hereby files this Notice of Removal removing this action from the County Court of the Fourth Judicial Circuit in and for Duval County, Florida. As grounds for this removal, Defendant states as follows:

1. Defendant has been named as a party defendant in the case of *NV Pharaoh v. TG Utilities, Inc.*, Case No. 16-2025-CC-016153-AXXX-MA, pending in the County Court of the Fourth Judicial Circuit in and for Duval County, Florida.

2. The original Summons and Complaint was filed in state court on September 3, 2025 and served on or about September 5, 2025.

3. The Complaint alleges violations of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Americans with Disabilities Act ("ADA") regarding Plaintiff's employment termination of July 2, 2024. See Complaint at para. 1, 6. Because the alleged Title VII and ADA claims arise under the laws of the United States (i.e. they present a federal question), this action is properly removable to the United States District Court, Middle District of Florida, as this action is within the Court's original jurisdiction. See 28 U.S.C. §§ 1331 & 1441. In this regard, 28 U.S.C. § 1331 states: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States." Further, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district or division embracing the place where such action is pending." Moreover, the Court has supplemental jurisdiction over the discrimination claims alleged in the Complaint under the Florida Civil Rights Act pursuant to 28 U.S.C. §1367(a), because they are so related to the claims within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

4. This case is being timely removed to Federal Court within thirty (30) days of service, as provided in 28 U.S.C. § 1446(b).

5. In accordance with the provisions of 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendant are attached hereto as

Exhibit "A" and copies of the State Court Docket Sheet and all state court filings, are attached hereto as Exhibit "B".

6.      Written notice of the filing of this removal notice shall promptly be given to Plaintiff, and a copy of this Notice of Removal shall promptly be filed with the Clerk of the County Court of the Fourth Judicial Circuit in and for Duval County, Florida, in accordance with the provisions of 28 U.S.C. § 1446(d).

**WHEREFORE**, the Defendant respectfully removes this matter from the County Court of the Fourth Judicial Circuit in and for Duval County, Florida, Case 16-2025-CC-016153-AXXX-MA, to the United States District Court for the Middle District of Florida.

Respectfully submitted,

/s/ Arianne B. Suarez
Arianne B. Suarez, Esq.
Florida Bar No: 143529
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832 / Fax: (954) 838-8842
Primary E-mail:    absuarez@mc-atty.com
Secondary E-mail:  jennifer.colina@mc-atty.com
                          eservice@dmc-atty.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Arianne B. Suarez*

Arianne B. Suarez, Esquire
Florida Bar No: 143529
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832 / Fax: (954) 838-8842
Primary E-mail:      absuarez@mc-atty.com
Secondary E-mail: jennifer.colina@mc-atty.com
                          eservice@dmc-atty.com
*Attorneys for Defendant*

4

## SERVICE LIST

NV Pharaoh
*Pro Se* Plaintiff
8101 Guild Way
Jacksonville, FL 32256
nvpharaoh1@gmail.com
*Via CM/ECF Notice of Electronic Filing*